UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
    Plaintiff,

v.

Jorge E. Gallardo-Ortiz,
    Defendant

and

Roof Deck of Puerto Rico,
    Garnishee

98-cv-2025(DRD)

Collection of Money

## ORDER TO THE GARNISHEE

A Writ of Garnishment, directed to garnishee, Roof Deck of Puerto Rico, has been duly issued and served upon the garnishee. Pursuant to said Writ of Garnishment, the garnishee filed its answer stating that at the time of the service of the writ they had in their possession or under their control non-exempted disposable earnings belonging to and due to defendant.

On or about May 10, 2001, the defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

PURSUANT TO 28 U.S.C. §3205(c)(7), IT IS ORDERED that garnishee pay the sum equal to 25% of defendant's non-exempted disposable earnings, to plaintiff, and continue said payments every

USA v Jorge E. Gallardo-Ortiz
98-2025(DRD)
Page -2-


pay-day thereafter, until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of defendant's 25% non-exempted disposable earnings or until further order of this Court. Payments shall be made to the order of the U.S. Department of Justice and mailed to the U.S. Attorney's Office, Financial Litigation Unit, Room 452, Federal Office Building, Hato Rey, Puerto Rico 00918.

In San Juan, Puerto Rico, this 18 day of January, 2002.

DANIEL R. DOMINGUEZ
United State District Judge

c/c AUSA Vargas
1/23/02